UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | CASE NO: 10-53320-399   Chapter 13 |
| | ) | |
| LILLIAN C LOVE | ) | Re: Objection to Claim 1-1  filed by |
| | ) | INTERNAL REVENUE SERV |
| | ) | Acct: 5975 |
| Debtor(s) | ) | Amount: $   1,149.54 |
| | ) | Response Due: Mar 28, 2011 |

**TRUSTEE'S IN BANKRUPTCY OBJECTION TO CLAIM 1-1**

COMES NOW John V. LaBarge, Jr., Standing Chapter 13 Trustee in bankruptcy, and for his objection to claim states as follows:
The claim of INTERNAL REVENUE SERV         dated Nov 26, 2010
SHOULD BE ALLOWED BUT ORDERED NOT PAID BECAUSE THE CLAIM IS
BASED ON AN ESTIMATE. THE CREDITOR MAY FILE AN AMENDED CLAIM
AFTER THE AMOUNT OF DEBT IS DETERMINED.

WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

**NOTICE OF FILING OF OBJECTION TO CLAIM**

Please take notice that the Chapter 13 Trustee has filed an objection to your claim. Any responsive pleading in opposition to the above objection must be filed in writing with the clerk of the U.S. Bankruptcy Court, 111 S. 10th St., 4th Floor, St. Louis, MO 63102, and with the Chapter 13 Trustee at the address indicated below, within 21 days of the date of this notice.  If no responsive pleading is filed, the objection may be sustained and the claim disallowed or modified without further notice to any party upon submission of an order from the Trustee.  If a response is filed, this matter will be set for hearing upon subsequent notice.
The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the Court's ECF system or by ordinary mail, postage pre-paid, on this day of March 7, 2011    .

```
                                        /s/ John V. LaBarge, Jr.
HEAGLER LAW FIRM                        John V LaBarge Jr
6302 N ROSEBURY                         Chapter 13 Trustee   trust33@ch13stl.com
STE 1W                            AC    P.O. Box 430908
CLAYTON MO                              St. Louis, MO 63143
              63105                     (314) 781-8100  Fax:(314) 781-8881

L LOVE
387 HWY CC
                                  AC
ELSBERRY MO
              63343

INTERNAL REVENUE SERV
PO BOX 7317
C/O MISSOURI CASES                AC
PHILADELPHIA PA                   19101-7317        AC -159
```